

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-14-00495-CV

**IN THE INTEREST OF E.D.,** a child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01641
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is GRANTED. Appellant's brief is due on **September 3, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court